**FILED**
February 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR. S-09-0066 GEB
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
MITCHELL B. WRIGHT, )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MITCHELL B. WRIGHT, Case No. CR. S-09-0066 GEB, Charge  Title 18 USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 225,000.00

          X  Unsecured Appearance Bond

          \_  Appearance Bond with 10% Deposit

          \_  Appearance Bond with Surety

          \_  Corporate Surety Bail Bond

    X  (Other) With Pretrial Services Supervision of conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 20, 2009  at  3:10  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge