LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 “I” Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS AARON MOORE, ET. AL.,<br><br>Defendants. | ) | CASE NO. 2:09-CR-0066-GEB-EFB<br><br>STIPULATION AND PROTECTIVE ORDER REGULATING DISCOVERY |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Dennis Aaron Moore, et. al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over its initial production of discovery in this case, which is bates numbered 00001-09612. While not every defendant in this case may be entitled to each page of this discovery, disclosure of this material may better facilitate each defendant’s preparation for trial and/or decision to resolve his or her case.

2. Certain of the documents contained in the government’s first discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the “Protected Material”). Such

personal identifying information includes, but is not limited to, addresses, telephone numbers, driver's license numbers, social security numbers and bank account numbers. Any pages of discovery that contain no personal identifying information are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendants in this case may review the Protected Material and be aware of its contents, but shall not be

given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel are permitted to provide each defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact all personal identifying information from those documents prior to providing them to a defendant.

8. Within twenty days of sentencing or dismissal of any defendant's case, that defendant's counsel shall destroy the Protected Material, and any copies of Protected Material, and shall so certify to the attorney for the government.

9. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: March 10, 2009

By: /s/ Sean C. Flynn
SEAN C. FLYNN
Assistant U.S. Attorney

DATE: March 10, 2009

/s/ Anne C. Beles by SCF
ANNE C. BELES
Counsel for Dennis Aaron Moore

DATE: March 10, 2009

/s/ Roger W. Patton by SCF
ROGER W. PATTON
Counsel for Veronika Wright

DATE: March 10, 2009

/s/ Scott A. Sugarman by SCF
SCOTT A. SUGARMAN
Counsel for Mitchell B. Wright

DATE: March 10, 2009

/s/ Michael Bigelow by SCF
MICHAEL B. BIGELOW
Counsel for Gary Lorenzo George

DATE: March 10, 2009

/s/ Christopher H. Wing by SCF
CHRISTOPHER H. WING
Counsel for Haiying Fan

**SO ORDERED.**

DATED: March 10, 2009

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge