```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SEAN C. FLYNN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-0066-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | STATUS CONFERENCE |
| ) | |
| DENNIS AARON MOORE, ET. AL., ) | |
| ) | Date: May 15, 2009 |
| Defendants. ) | Time: 9:00 a.m. |
| | Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, May 15, 2009, be continued to Friday, July 17, 2009, at 9:00 a.m.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to

/ / / /

/ / / /

1

prepare] (Local Code T4); and 18 U.S.C. § 3161(h)(8)(B)(ii) [case unusual or complex] (Local Code T2).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: May 13, 2009         By:  /s/ Sean C. Flynn
                                SEAN C. FLYNN
                                Assistant U.S. Attorney

                                 /s/ Anne C. Beles by SCF
DATE: May 13, 2009              ANNE C. BELES
                                Counsel for Dennis Aaron Moore

                                 /s/ Roger W. Patton by SCF
DATE: May 13, 2009              ROGER W. PATTON
                                Counsel for Veronika Wright

                                 /s/ Scott A. Sugarman by SCF
DATE: May 13, 2009              SCOTT A. SUGARMAN
                                Counsel for Mitchell B. Wright

                                 /s/ Michael Bigelow by SCF
DATE: May 13, 2009              MICHAEL B. BIGELOW
                                Counsel for Gary Lorenzo George

                                 /s/ Christopher H. Wing by SCF
DATE: May 13, 2009              CHRISTOPHER H. WING
                                Counsel for Haiying Fan

**IT IS SO ORDERED.**

Dated:  May 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge