```
LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS AARON MOORE, ET. AL., )<br>)<br>Defendants. ) | CASE NO. 2:09-CR-0066-GEB<br><br>STIPULATION AND PROPOSED<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br>Date: July 17, 2009<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, July 17, 2009, be continued to Friday, October 2, 2009, at 9:00 a.m.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 2, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to

/ / / /

/ / / /

1

prepare] (Local Code T4); and 18 U.S.C. § 3161(h)(8)(B)(ii) [case unusual or complex] (Local Code T2).

                                             Respectfully Submitted,

                                             LAWRENCE G. BROWN
Acting United States Attorney

DATE: July 15, 2009        By:   /s/ Sean C. Flynn
                                             SEAN C. FLYNN
                                             Assistant U.S. Attorney

                                             /s/ Anne C. Beles by SCF
DATE: July 15, 2009            ANNE C. BELES
                                             Counsel for Dennis Aaron Moore

                                             /s/ Roger W. Patton by SCF
DATE: July 15, 2009            ROGER W. PATTON
                                             Counsel for Veronika Wright

                                             /s/ Scott A. Sugarman by SCF
DATE: July 15, 2009            SCOTT A. SUGARMAN
                                             Counsel for Mitchell B. Wright

                                             /s/ Michael Bigelow by SCF
DATE: July 15, 2009            MICHAEL B. BIGELOW
                                             Counsel for Gary Lorenzo George

                                             /s/ Christopher H. Wing by SCF
DATE: July 15, 2009            CHRISTOPHER H. WING
                                             Counsel for Haiying Fan

**IT IS SO ORDERED.**

Dated: July 15, 2009

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge