```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-0066-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS CONFERENCE |
| DENNIS AARON MOORE, ET. AL., | ) | |
| Defendants. | ) | Date: October 2, 2009<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, October 2, 2009, be continued to Friday, November 20, 2009, at 9:00 a.m.

The parties further stipulate that the time period from October 2, 2009, up to and including the new status conference date of November 20, 2009, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding

1

such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, each defendant agrees that his or her counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.  See id.  Additionally, the parties continue to stipulate that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

    For these reasons, the defendants, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4); 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATE: October 2, 2009    By: /s/ Sean C. Flynn
SEAN C. FLYNN
Assistant U.S. Attorney

/s/ Anne C. Beles by SCF
DATE: October 2, 2009    ANNE C. BELES
Counsel for Dennis Aaron Moore

```
                                            /s/ Roger W. Patton by SCF
DATE: October 2, 2009                       ROGER W. PATTON
                                            Counsel for Veronika Wright


                                            /s/ Scott A. Sugarman by SCF
DATE: October 2, 2009                       SCOTT A. SUGARMAN
                                            Counsel for Mitchell B. Wright


                                            /s/ Michael Bigelow by SCF
DATE: October 2, 2009                       MICHAEL B. BIGELOW
                                            Counsel for Gary Lorenzo George


                                            /s/ Christopher H. Wing by SCF
DATE: October 2, 2009                       CHRISTOPHER H. WING
                                            Counsel for Haiying Fan
```

**IT IS SO ORDERED.**

Dated:   October 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3