BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-0066-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| DENNIS AARON MOORE, ET. AL., | ) | |
| | ) | Date: November 20, 2009 |
| Defendants. | ) | Time: 9:00 a.m. |
| | | Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, November 20, 2009, be continued to Friday, January 29, 2010, at 9:00 a.m.

The parties further stipulate that the time period from November 20, 2009, up to and including the new status conference date of January 29, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court

1

excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees that his or her counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.  See id. Additionally, the parties continue to stipulate that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

For these reasons, the defendants, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4); 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 23, 2009        By:  /s/ Sean C. Flynn
                               SEAN C. FLYNN
                               Assistant U.S. Attorney

                                /s/ Anne C. Beles by SCF
DATE: November 23, 2009        ANNE C. BELES
                               Counsel for Dennis Aaron Moore

2

|  |  |
|---|---|
| DATE: November 23, 2009 | /s/ Roger W. Patton by SCF<br>ROGER W. PATTON<br>Counsel for Veronika Wright |
| DATE: November 23, 2009 | /s/ Scott A. Sugarman by SCF<br>SCOTT A. SUGARMAN<br>Counsel for Mitchell B. Wright |
| DATE: November 23, 2009 | /s/ Michael Bigelow by SCF<br>MICHAEL B. BIGELOW<br>Counsel for Gary Lorenzo George |
| DATE: November 23, 2009 | /s/ Christopher H. Wing by SCF<br>CHRISTOPHER H. WING<br>Counsel for Haiying Fan |

**IT IS SO ORDERED.**

Dated:   November 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge