```
BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-0066-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | STATUS CONFERENCE |
| ) | |
| DENNIS AARON MOORE, ET. AL., ) | |
| ) | Date: April 30, 2010 |
| Defendants. ) | Time: 9:00 a.m. |
| | Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, April 30, 2010, be continued to Friday, June 4, 2010, at 9:00 a.m.

The parties further stipulate that the time period from April 30, 2010, up to and including the new status conference date of June 4, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding

such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, each defendant agrees that his or her counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.  See id.  Additionally, the parties continue to stipulate that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

For these reasons, the defendants, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4); 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: May 5, 2010            By:   /s/ Sean C. Flynn
                                   SEAN C. FLYNN
                                   Assistant U.S. Attorney


                                   /s/ Anne C. Beles by SCF
DATE: May 5, 2010            ANNE C. BELES
                                   Counsel for Dennis Aaron Moore

```
                                        /s/ Roger W. Patton by SCF
DATE: May 5, 2010               ROGER W. PATTON
                                    Counsel for Veronika Wright


                                        /s/ Scott A. Sugarman by SCF
DATE: May 5, 2010               SCOTT A. SUGARMAN
                                    Counsel for Mitchell B. Wright


                                         /s/ Michael Bigelow by SCF
DATE: May 5, 2010               MICHAEL B. BIGELOW
                                    Counsel for Gary Lorenzo George


                                        /s/ Christopher H. Wing by SCF
DATE: May 5, 2010               CHRISTOPHER H. WING
                                    Counsel for Haiying Fan
```

**IT IS SO ORDERED.**

Dated:  May 5, 2010

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```