```
BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-0066-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | STATUS CONFERENCE |
| ) | |
| DENNIS AARON MOORE, ET. AL., ) | |
| ) | Date: June 4, 2010 |
| Defendants. ) | Time: 9:00 a.m. |
| | Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, DENNIS MOORE, VERONIKA WRIGHT, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, June 4, 2010, be continued to Friday, June 25, 2010, at 9:00 a.m.

The parties further stipulate that the time period from June 4, 2010, up to and including the new status conference date of June 25, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding

1

1  such time, so that each defense counsel may have reasonable time
2  necessary for effective preparation, taking into account the
3  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
4  Specifically, each defendant agrees that his or her counsel needs
5  additional time to continue discussions with the government
6  regarding potential resolution of the case, review produced
7  discovery in the case, and effectively evaluate the posture of the
8  case and potentially prepare for trial.  See id.  Additionally, the
9  parties continue to stipulate that the above-captioned case is
10 unusual and complex such that it is unreasonable to expect adequate
11 preparation for pretrial proceedings or for a potential trial within
12 the time limits established by the Speedy Trial Act.
13      For these reasons, the defendants, defense counsel, and the
14 government stipulate and agree that the interests of justice served
15 by granting this continuance outweigh the best interests of the
16 public and the defendant in a speedy trial.  18 U.S.C. §
17 3161(h)(7)(B)(iv) (Local Code T4); 18 U.S.C. § 3161(h)(7)(B)(ii)
18 (Local Code T2).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: June 3, 2010              By:   /s/ Sean C. Flynn
                                      SEAN C. FLYNN
                                      Assistant U.S. Attorney


                                      /s/ Robert Beles by SCF
DATE: June 3, 2010                    ROBERT BELES
                                      Counsel for Dennis Aaron Moore

```
DATE: June 3, 2010                    /s/ Roger W. Patton by SCF
                                      ROGER W. PATTON
                                      Counsel for Veronika Wright


                                      /s/ Scott A. Sugarman by SCF
DATE: June 3, 2010                    SCOTT A. SUGARMAN
                                      Counsel for Mitchell B. Wright


                                      /s/ Michael Bigelow by SCF
DATE: June 3, 2010                    MICHAEL B. BIGELOW
                                      Counsel for Gary Lorenzo George


                                      /s/ Christopher H. Wing by SCF
DATE: June 3, 2010                    CHRISTOPHER H. WING
                                      Counsel for Haiying Fan
```

**IT IS SO ORDERED.**

Dated:   June 3, 2010

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge