BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 09-0066-GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| DENNIS AARON MOORE, et al., | |
| Defendants. | Date: September 3, 2010<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants DENNIS MOORE, MITCHELL WRIGHT, HAIYING FAN and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for Friday, July 23, 2010, be continued to Friday, September 3, 2010, at 9:00 a.m.

The parties further stipulate that the time period from July 23, 2010, up to and including the new status conference date of September 3, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the

Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees that his or her counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial. Additionally, the parties continue to stipulate that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings, or for a potential trial within the time limits established by the Speedy Trial Act.

    For these reasons, the defendants, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4); 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2).

                            Respectfully Submitted,

                            BENJAMIN B. WAGNER
                            United States Attorney

DATE: July 21, 2010      By:  /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney

DATE: July 21, 2010      By:  /s/ Philip A. Ferrari for
                                  ANNE C. BELES
                                  Att'y for Dennis Moore

DATE: July 21, 2010      By:  /s/ Philip A. Ferrari for
                                  SCOTT A. SUGARMAN
                                  Att'y for Mitchell B. Wright

```
DATE: July 21, 2010         By:    /s/ Philip A. Ferrari for
                                   MICHAEL B. BIGELOW
                                   Att'y for Gary George

DATE: July 21, 2010         By:    /s/ Philip A. Ferrari for
                                   CHRISTOPHER H. WING
                                   Att'y for Haiying Fan
```

**O R D E R**

IT IS SO ORDERED.

Dated:  July 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge