LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   2:09  Cr. 0066 GEB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| DENNIS MOORE, ET. AL, | Date: October 8, 2010 |
| Defendants, | Time: 9:00 am<br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, MITCHELL WRIGHT, HAIYING FAN, and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for October 8, 2010, be continued to October 29, 2010, at 9:00 a.m.

The parties further stipulate that the time period from October 8, 2010, up to and including the new status conference date of October 29, 2010, should be excluded from computation of the time for the commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for

///

1

1  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
2  §3161(h)(7)(B)(iv). Specifically, each defendant agrees that his or her counsel needs
3  additional time to continue discussions with the government regarding potential
4  resolution of the case, review produced discovery in the case, conduct further
5  investigation and effectively evaluate the posture of the case and potentially prepare
6  for trial. *See* id. Additionally, the parties continue to stipulate that the above-
7  captioned case is unusual and complex such that it is unreasonable to expect adequate
8  prepartation for pretrial proceedings or for a potential trial within the limits
9  established by the Speedy Trial Act.

10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

///

2

For these reasons, the defendants, defense counsel and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4]; 18 U.S.C. §3161(h)(7)(B)(ii) [Local Code T2].

Respectfully Submitted

Dated: October 6, 2010

 /s/Christopher H. Wing
CHRISTOPHER H. WING
Counsel for Haiying Fan

Dated: October 6, 2010

Benjamin B. Wagner
United States Attorney

By: /s/ Philip A. Ferrari
Philip A. Ferarri
Assistant U.S. Attorney

Dated: October 6, 2010

 /s/ Scott A. Sugarman
SCOTT A. SUGARMAN
Counsel for Mitchell B. Wright

Dated: October 6, 2010

 /s/ Michael Bigelow
MICHAEL B. BIGELOW
Counsel for Gary George

**IT IS SO ORDERED**

**Date:  10/7/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

///