LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>   v.<br><br>DENNIS MOORE, ET. AL.<br>            Defendants, | No.   2:09 Cr. 0066 GEB<br><br>[PROPOSED] ORDER BASED UPON STIPULATION, CONTINUING STATUS CONFERENCE FROM OCTOBER 29, 2010 AT 9:00 AM, TO DECEMBER 10, 2010 AT 9:00 AM |

Based upon the stipulation of the parties concerning the status of the case and the further stipulation that the case is unusual and complex,

IT IS ORDERED THAT the case be continued for further Status Conference to December 10, 2010 at 9:00 am and that time from October 29, 2010 to December 10, 2010 be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4] and 18 U.S.C. §3161(h)(7)(B)(ii) [Local Code T2]

**Date: 10/28/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

///

1