SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    MITCHELL WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MITCHELL WRIGHT,<br><br>    Defendant. | No. 2:09-cr-00066 GEB<br><br>**STIPULATION AND ORDER TO RETURN PASSPORT TO DEFENDANT AND TO PERMIT HIM TO TRAVEL OUTSIDE UNITED STATES** |

    In 2009, at the time of defendant Mitchell Wright's initial appearance in this Court, he surrendered his passport to the Clerk of the Court.

    Mr. Wright works for a software manufacturer in Pleasanton, California. Prior to his arrest in this case, he would periodically travel for his employer, including trips out of the country. Since his appearance in this case, he has been able to avoid any foreign trips, but his work obligations now require him to travel outside the United States.

    Defense counsel understands that Mr. Wright's employer wants him to travel to the United Kingdom and Germany early in 2011. The trips have several goals. First, he is the lead person in the worldwide marketing team and he is responsible to train other team members overseas. In the past 6 months, his company has launched major product updates, which has

1

significantly changed the company's marketing strategies on the value of their products. Mr. Wright needs to train the other marketing personnel in these changes.  While some work has been done by conference call etc., some work needs to be done face-to-face.  Second, the United Kingdom marketing manager will go on maternity leave in early 2011 and Mr. Wright will need to hire and train a replacement.  Third, Mr. Wright's employer will launch yet another product in January 2011, and he is responsible for marketing that product.  His company commonly does a "road show" to their global offices when there is such a product launch and his vice-president wants him to do this one.

Undersigned counsel for the government and the defendant have spoken with the United States Pretrial Officer supervising Mr. Wright.  Pretrial Services has no objection to the return of the defendant's passport and to a modification of the restrictions on his ability to travel to permit him to travel to Europe for business.

The parties STIPULATE that this Court should ORDER that the Clerk of the Court return to Mr. Wright his passport, and MODIFY his conditions of pretrial release to permit him to travel to Europe for business purposes in early 2011.  In particular, Mr. Wright would be allowed to travel to Germany and England as directed by his employer and approved by Pretrial Services. However, Mr. Wright is only authorized to travel if he provides to his Pretrial Services Officer prior to his departure, and in a satisfactory manner, his itinerary, dates of travel, location of where he will stay while out of the country and a means by which he can be reached while out of the country.  Further, upon his return from these trips, Mr. Wright must surrender his passport to his attorney, Scott A. Sugarman, and Mr. Sugarman agrees to keep custody of the passport pending further order of this Court and/or permission of the government.

IT IS SO STIPULATED.

DATED:                                              /s/_____
                                                    Philip Ferrari
                                                    Assistant United States Attorney


DATED:                                              /s/_____
                                                    Scott A. Sugarman
                                                    Attorney for Mitchell Wright

**ORDER**

It is so ORDERED.

The Clerk of this Court shall return Mitchell Wright's passport forthwith.  Further, the conditions of his pretrial release are modified to permit travel for business purposes outside the United States into Germany and England upon prior approval of his Pretrial Services Officer.  Prior to his departure, Mr. Wright shall provide the following information to his Pretrial Services Officer: his itinerary, dates of travel, location where he will stay while out of the country and a means by which he can be reached while out of the country.  Such travel shall conclude no later than March 31, 2011.  Upon Mr. Wright's return from his business trips, he shall promptly provide his passport to his attorney, Scott A. Sugarman, who shall take custody of the passport pending further order of this Court and/or permission of government counsel.

DATE:  January 3, 2011                    /s/ Kendall J. Newman_____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

3