Kelly Babineau, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU
901 H Street, ste 301
Sacramento CA 95814
kbabineau@klblawoffice.net
(916) 442-4948
(916) 442-8299
Attorney for Haiying Fan
   X   Retained
   ☐   Appointed

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 09-CR-00066 |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| GARY GEORGE, | ) |
| MITCHELL WRIGHT, | ) |
| HAIYING FAN | ) |
| | ) Date: 6-17-11 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Philip Ferrari, Assistant United States Attorney, Kelly Babineau, attorney for defendant Haiying Fan, Scott Sugarman, attorney for defendant Mitchell Wright and Michael Bigelow, attorney for defendant Gary George, that the status conference date of May 20, 2011, should be continued until June 17, 2011.  The continuance is necessary to complete the review of discovery, and defense investigation.  All counsel are continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of June 17, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: May 17, 2011				Respectfully submitted,

						/s/ Kelly Babineau_____
						KELLY BABINEAU
						Attorney for Haiying Fan

Dated: May 17, 2011				/s/ Scott Sugarman_____ .
						Kelly Babineau for:
						SCOTT SUGARMAN
						Attorney for Mitchell Wright

Dated: May 17, 2011				/s/ Michael Bigelow_____ .
						Kelly Babineau for:
						MICHAEL BIGELOW
						Attorney for Gary George

Dated: May 17, 2011				/s/ Philip Ferrari____
						Kelly Babineau for:
						PHILIP FERRARI
						Assistant U.S. Attorney

Kelly Babineau, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU
901 H Street, ste 301
Sacramento CA 95814
kbabineau@klblawoffice.net
(916) 442-4948
(916) 442-8299
Attorney for Haiying Fan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 09-CR-00066 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) PROPOSED ORDER |
| GARY GEORGE , | ) |
| MITCHELL WRIGHT, | ) |
| HAIYING FAN | ) |
| | ) Date: 6-17-11 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 20, 2011, at 9:00 a.m. be continued to June 17, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 5, 201June 17, 2011, shall be excluded from

1  computation of the time within which the trial of this matter must be commenced under the

2  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel

3  time to prepare.

**Date:  5/18/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge