KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for HAIYING FAN


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 09-CR-00066 |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| HAIYING FAN | ) |
| GARY LORENZO GEORGE | ) |
| MITCHELL B. WRIGHT | ) |
| | ) Date: 06-17-11 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burell |

It is hereby stipulated between the parties, Philip Ferrari, Assistant United States Attorney, Kelly Babineau, attorney for defendant Haiying Fan, Michael Bigelow, attorney for Gary George and Scott Sugarman, attorney for Mitchell Wright, that the status conference date of June 17, 2010, should be continued until July 22, 2011.  The continuance is necessary because the defense counsel is still working on possible resolution and reviewing the voluminous discovery in this case.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of July 22, 2011, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  June 15, 2011                    Respectfully submitted,

                                         /s/ Kelly Babineau_____
                                         KELLY BABINEAU
                                         Attorney for Haiying Fan

Dated: June 15, 2011                     /s/ Michael Bigelow_____ .
                                         Kelly Babineau for
                                         MICHAEL BIGELOW
                                         Attorney for Gary George

Dated: June 15, 2011                     /s/ Scott Sugarman_____ .
                                         Kelly Babineau for
                                         SCOTT SUGARMAN
                                         Attorney for Mitchell Wright

Dated: June 15, 2011                     /s/ Philip Ferrari_____
                                         Kelly Babineau for:
                                         PHILIP FERRARI
                                         Assistant U.S. Attorney

1

2                        IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4   THE UNITED STATES OF AMERICA, ) No. 09-CR-00066
5                        Plaintiff,        )
                                           ) STIPULATION AND [PROPOSED]
6           v.                             ) ORDER TO CONTINUE STATUS
                                           ) CONFERENCE
7   HAIYING FAN                            )
8   GARY LORENZO GEORGE                    )
    MITCHELL B. WRIGHT                     )
9                                          ) Date: 06-17-11
10                       Defendants.       ) Time: 9:00 a.m.
    _____) Judge: Hon. Garland E. Burell
11

12          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

13   the status conference presently set for June 17, 2011, at 9:00 a.m. be continued to July 22,

14   2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing there

15   from, the Court hereby finds that the failure to grant a continuance in this case would deny

16   defense counsel reasonable time necessary for effective preparation, taking into account due

17   diligence.  The continuance outweighs the best interests of the public and the defendants to

18   a speedy trial.  It is ordered that time from this date to July 22, 2011, shall be excluded from

19   computation of the time within which the trial of this matter must be commenced under the

20   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel

21   time to prepare.

22   **Date:  6/20/2011**

23

24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge

26

27

28

–3–

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28