KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for HAIYING FAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 09-CR-00066 |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| HAIYING FAN | ) |
| GARY LORENZO GEORGE | ) |
| MITCHELL B. WRIGHT | ) |
| | ) Date: 07-22-11 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burell |

It is hereby stipulated between the parties, Philip Ferrari, Assistant United States Attorney, Kelly Babineau, attorney for defendant Haiying Fan, Michael Bigelow, attorney for Gary George and Scott Sugarman, attorney for Mitchell Wright, that the status conference date of July 22, 2011, should be continued until August 12, 2011.  The continuance is necessary because the defense counsel is still working on possible resolution and reviewing the voluminous discovery in this case.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 12, 2011, be excluded in computing the

-1-

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  June 15, 2011                             Respectfully submitted,

/s/ Kelly Babineau_____
KELLY BABINEAU
Attorney for Haiying Fan

Dated: June 15, 2011                             /s/ Michael Bigelow            __ .
Kelly Babineau for
MICHAEL BIGELOW
Attorney for Gary George

Dated: June 15, 2011                             /s/ Scott Sugarman             __ .
Kelly Babineau for
SCOTT SUGARMAN
Attorney for Mitchell Wright

Dated: June 15, 2011                             /s/ Philip Ferrari_____ _
Kelly Babineau for:
PHILIP FERRARI
Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for HAIYING FAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 09-CR-00066 |
|               Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|    v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| HAIYING FAN ) | |
| GARY LORENZO GEORGE ) | |
| MITCHELL B. WRIGHT ) | |
| ) | Date: 07-22-11 |
|               Defendants. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Garland E. Burell |

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 22, 2011, at 9:00 a.m. be continued to August 12, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 12, 2011, shall be excluded

from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

*[signature]*
_____
GARLAND E. BURRELL, JR.
United States District Judge