```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 09-0066-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED |
| v. ) | ORDER VACATING STATUS |
| ) | CONFERENCE AND SETTING JURY |
| HAIYING FAN, et al., ) | TRIAL DATE |
| ) | |
| ) | Date: March 20, 2012 |
| Defendants. ) | Time: 9:00 a.m. |
| _____) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants MITCHELL WRIGHT, HAIYING FAN and GARY GEORGE, by and through their respective counsel, that the status conference in the above-captioned matter set for August 12, 2011, be vacated, that a jury trial be set to commence on March 20, 2012, at 9:00 a.m., and that a trial confirmation hearing be scheduled for March 2, 2012, at 9:00 a.m.

The parties further stipulate that the time period from August 12, 2011, up to and through the trial date of March 20, 2012, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties

1

1 stipulate that the ends of justice are served by the Court
2 excluding such time, both for the purposes of continuity of
3 counsel and so that each defense counsel may have reasonable time
4 necessary for effective preparation, taking into account the
5 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
6 Specifically, the proposed trial date is requested in light of
7 the trial schedules of counsel for defendant Fan and the
8 government, and the fact that each defendant agrees that his or
9 her counsel needs additional time to continue discussions with
10 the government regarding potential resolution of the case, to
11 review produced discovery in the case, and to effectively prepare
12 for trial.
13      For these reasons, the defendants, defense counsel, and the
14 government stipulate and agree that the interests of justice
15 served by granting this continuance outweigh the best interests
16 of the public and the defendants in a speedy trial.  18 U.S.C. §
17 3161(h)(7)(B)(iv) (Local Code T4).

                                     Respectfully Submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

DATE: August 11, 2011          By:   /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

DATE: August 11, 2011          By:   /s/ Philip A. Ferrari for
                                     SCOTT A. SUGARMAN
                                     Att'y for Mitchell B. Wright

DATE: August 11, 2011          By:   /s/ Philip A. Ferrari for
                                     MICHAEL B. BIGELOW
                                     Att'y for Gary George

DATE: August 11, 2011          By:   /s/ Philip A. Ferrari for
                                     KELLY BABINEAU
                                     Att'y for Haiying Fan

**O R D E R**

IT IS ORDERED that the status conference currently set for August 12, 2011, is VACATED.  It is further ORDERED that a jury trial in this matter shall commence on March 20, 2012, at 9:00 a.m., and that a trial confirmation hearing shall be held on March 2, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7), and time is excluded under the Speedy Trial Act through March 20, 2012.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  August 11, 2011

GARLAND E. BURRELL, JR.
United States District Judge