BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-09-0066 GEB |
| Plaintiff, | |
| | AMENDED STIPULATION VACATING TRIAL DATE AND SETTING STATUS CONFERENCE; |
| v. | and [proposed] ORDER |
| HAIYING FAN, MITCHELL WRIGHT, and GARY GEORGE, | |
| Defendants. | |

The United States of America and defendants Haiying Fan, Mitchell Wright, and Gary George, hereby request that the Court vacate the currently pending trial confirmation hearing and trial date in the above-referenced matter, and set status conferences for each defendant on the following dates: for defendant Haiying Fan on June 22, 2012; for defendant Mitchell Wright on August 31, 2012; and for defendant Gary George on September 21, 2012.

Defendant Gary George has accepted the opportunity to resolve

1

his matter through pre-trial diversion, and is currently on diversion supervision. According to Pre-Trial Services His diversionary term is set to terminate on September 23, 2012. Mr. George and the government request that a status conference be set for Mr. George on September 21, 2012. If Mr. George successfully completes his diversionary term, the government will move to dismiss the charges pending against him on or before September 21, 2012. In this case, time has previously been excluded from computation under the Speedy Trial Act through June 26, 2012. With respect to Mr. George, the time between June 26, 2012, and September 21, 2012, will be automatically excluded from computation under the Speedy Trial Act under 18 U.S.C. § 3161(h)(2) [prosecution deferred by mutual agreement].

    Defendant Mitchell Wright agreed to resolve his matter through a plea to a misdemeanor charge. Today, May 30, 2012, Mr. Wright pled guilty to the single count in an Information charging his with violating Title 12, United States Code, Section 2607(b), before the Honorable Edmund F. Brennan. Sentencing is set to occur before the Magistrate on August 27, 2012. Following sentencing, the government anticipates filing with this Court a motion to dismiss the charges against Mr. Wright in the pending indictment in accordance with the terms of the plea agreement. Mr. Wright and the government request that status conference be set for August 31, 2012 for Mr. Wright. If Mr. Wright fulfills his obligations under the plea agreement, the government anticipates filing the motion to dismiss on or before August 31, 2012.

    Finally, the government and defendant Haiying Fan have yet to resolve the pending matter. However, on May 23, 2012, the California Department of Real Estate issued a 19 page decision

2

1 revoking Ms. Fan's license.  The decision is based upon the
2 transactions at issue before this Court, and follows a hearing in
3 which many of the government's anticipated witnesses testified.  As
4 stated previously, the parties believe that analysis of this
5 decision may aid in achieving resolution of this case.  In addition,
6 given the issuance of the decision and Ms. Fan's status as the sole
7 remaining defendant, the parties need additional time to adequately
8 prepare for trial, if that becomes necessary.  The government and
9 Ms. Fan request the Court set a status conference for Friday, June
10 22, at 9:00 am.  The Court has previously excluded the time up
11 through June 26, 2012, from computation under the Speedy Trial Act.

12 DATED: May 30, 2012                /s/ Philip A. Ferrari for
                                      KELLY BABINEAU, ESQ.
13                                    Attorney for Defendant Fan

14 DATED: May 30, 2012                /s/ Philip A. Ferrari for
                                      SCOTT SUGARMAN, ESQ.
15                                    Attorney for Defendant M. Wright

16 DATED: May 30, 2012                /s/ Philip A. Ferrari for
                                      MICHAEL BIGELOW, ESQ.
17                                    Attorney for Def. George

18
   DATED: May 30, 2012                BENJAMIN B. WAGNER
19                                    United States Attorney

20                                By: /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
21                                    Assistant U.S. Attorney

22

23 ///
24 ///
25 ///
26 ///
27 ///
28      Based upon the request of the remaining parties, the trial
   confirmation hearing and trial dates previously set to occur on June

3

1, and June 26, 2012, respectively, are hereby VACATED.

    For the reasons set forth above, a status conference is set for defendant Gary George on September 21, 2012, at 9:00 am.  A status conference is set for defendant Mitchell Wright on August 31, 2012, at 9:00 am.  A status conference is for defendant Haiying Fan on July 22, 2012, at 9:00 am.

It is so ORDERED.

Dated:  May 31, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge