1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   MICHELE BECKWITH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2744
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,      )    Case. No. CR-S-09-0066 GEB
                                   )
12                 Plaintiff,      )
                                   )    STIPULATION CONTINUING STATUS
13        v.                       )    CONFERENCE;
                                   )    and [proposed] ORDER
14  MITCHELL WRIGHT,               )
                                   )    Date: February 1, 2013
15                 Defendant.      )    Time: 9:00 a.m.
                                   )    Hon.  Garland E. Burrell, Jr.
16                                 )
                                   )
17  _____

18        The United States of America and defendant Mitchell Wright

19  hereby request that the Court vacate the status conference currently

20  scheduled for August 31, 2012, and set a new status conference to

21  occur on February 1, 2013.  The defendant agreed to resolve his

22  matter through a plea to a misdemeanor charge and on May 30, 2012,

23  he entered that plea.  His hearing on judgment and sentence is

24  currently set to occur before the Magistrate on January 28, 2013.

25  Following sentencing, the government anticipates filing with this

26  Court a motion to dismiss the charges against Mr. Wright in the

27  pending indictment in accordance with the terms of the plea

28  agreement.  If Mr. Wright fulfills his obligations under the plea

    agreement, the government anticipates filing the motion to dismiss

                                    1

1  on or before February 1, 2013.

2       The parties stipulate that the ends of justice are served by

3  the Court excluding the time between August 31, 2012, and February

4  1, 2013, so that the defendant may continue to fulfill his

5  obligations under the plea agreement to the misdemeanor charge,

6  which will likely result in the dismissal of the pending felony

7  charges in this case.  18 U.S.C. §3161(h)(1) (other proceedings

8  concerning the defendant) / Local Code C (other charges pending).

9

10 DATED: August 30, 2012          /s/ Philip A. Ferrari for
                                   SCOTT SUGARMAN, ESQ.
11                                 Attorney for Defendant M. Wright

12
   DATED: August 30, 2012          BENJAMIN B. WAGNER
13                                 United States Attorney

14                            By:  /s/ Philip A. Ferrari
                                   PHILIP A. FERRARI
15                                 Assistant U.S. Attorney

16      IT IS ORDERED that the status conference currently set for

17 August 30, 2012, is vacated, and a new status conference is set for

18 February 1, 2013, at 9:00 a.m.  For the reasons stipulated to by the

19 parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and

20 time is excluded under the Speedy Trial Act through February 1,

21 2013.  For the reasons set forth in the stipulation, the interests

22 of justice served by granting this continuance outweigh the best

23 interests of the public and the defendants in a speedy trial.

24      **IT IS SO ORDERED**.

25 Dated:  August 31, 2012

26

27      _____
   GARLAND E. BURRELL, JR.
28      Senior United States District Judge


                            2