BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE M. BECKWITH
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MITCHELL WRIGHT,<br><br>        Defendant. | CASE NO. CR S 09-0066-GEB<br><br>MOTION TO DISMISS AS TO DEFENDANT MITCHELL WRIGHT; [~~Proposed~~] ORDER |

On May 30, 2012, defendant Mitchell Wright entered a guilty plea before the Honorable Edmund F. Brennan to a violation of Title 12 U.S.C., Section 2607(b) (illegal fee split), as charged in a superseding information. Docket, ## 153, 151. The plea was entered pursuant to the terms of a written plea agreement. Docket, # 151. On January 28, 2013, Wright was sentenced by Judge Brennan to a term of probation. Docket, # 193. Consistent with its obligations under the aforementioned plea agreement, and

1

pursuant to Rule 48(a), the government moves to dismiss Counts 1, 2 and 3 pending against defendant Mitchell Wright, as to Mitchell Wright only, in the Indictment (Docket, #1) returned in the above-referenced case.  In light of this motion, the government also requests that the status conference set for defendant Wright in this matter, currently set for Friday, February 1, 2013, be vacated.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: January 30, 2013        By:  /s/ Philip A. Ferrari
                                             PHILIP A. FERRARI
                                             Assistant U.S. Attorney

## **O R D E R**

    Good cause having been shown, the Court hereby grants leave to the United States under Rule 48(a) to dismiss Counts 1, 2 and 3 against Mitchell Wright, as to Mitchell Wright only, in the Indictment (Docket, #1) returned in the above referenced case. The motion is GRANTED and those charges are hereby DISMISSED as to defendant Mitchell Wright.  The status conference currently set for Friday, February 1, 2013 is hereby VACATED.

    IT IS SO ORDERED.

Dated:  January 30, 2013

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge