UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                                      RE:    Mitchell B. WRIGHT
                                                Docket Number:  2:09CR00066-03
                                                PERMISSION TO TRAVEL
                                                <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Moscow, Russia, with his parents, Robert and Judith Wright, as a birthday gift from his parents. He is currently being supervised by the Northern District of California. His probation officer states that the offender has paid his fine and special assessment in full, and has completed 47.5 of 50 hours of required community service. At this time, the offender is in compliance with all special and standard conditions of supervision and his probation officer in the Northern District of California recommends approval be granted.

**Conviction and Sentencing Date:** On January 28, 2013, Mr. Wright was sentenced for the offenses of 12 USC 2607(b) and (d)(1) - Accepting an Illegal Fee (Class A Misdemeanor).

**Sentence imposed:** 12 months Probation, $25 special assessment; and $1,500 fine. Special Conditions: 1) Not dissipate assets; 2) Financial disclosure; 3) Not open lines of credit; and 4) Complete 50 hours of community service.

**Dates and Mode of Travel:** Leave June 28, 2013, and return on July 7, 2013, by airline.

**Purpose:** Attending, with parents, a 25th anniversary of a school exchange program that his mother ran while he was in high school.

RE: Mitchell B. WRIGHT
Docket Number: 2:09CR00066-03
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

*/s/ Michael A. Sipe*

MICHAEL A. SIPE
Supervising United States Probation Officer

DATED: June 5, 2013
Sacramento, California
MAS/cp

---

ORDER OF THE COURT:

Approved __X__          Disapproved _____

June 11, 2013                    */s/ Edmund F. Brennan*
_____              _____
Date                             EDMUND F. BRENNAN
                                 United States Magistrate Judge