1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Misc. No. 2:14-MC-0015-KJM-EFB |
| 11             Plaintiff and Judgment Creditor, | Case No.  2:09-CR-0066-GEB |
| 12  v. | **ORDER QUASHING WRIT OF GARNISHMENT [IRA ACCOUNTS] WITHOUT PREJUDICE** |
| 13  VERONIKA WRIGHT, | |
| 14             Defendant and Judgment Debtor. | |
| 15  ———————————————————— | |
| 16  CETERA ADVISOR NETWORKS, LLC/PERSHING, LLC, | |
| 17             Garnishee. | |
| 18  ———————————————————— | |

19        For the reasons set forth in the United States' Withdrawal of Writ of Garnishment (ECF No.

20  23), and pursuant to 28 U.S.C. § 3205(c)(10)(A), the Court hereby quashes, without prejudice, the

21  United States' writ of garnishment against the IRA Accounts of Mitchell B. Wright.

22        IT IS SO ORDERED.

23  Dated:  July 10, 2014.

24  _____
          EDMUND F. BRENNAN

25        UNITED STATES MAGISTRATE JUDGE

26

27

28