1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: 916-554-2700
   Facsimile: 916-554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,              Misc. No. 2:14-MC-0020-GEB-CKD

13 |         Plaintiff and Judgment Creditor,   Case No. 2:09-CR-0066-GEB

14 | v.                                      **APPLICATION FOR AN ORDER
                                              TERMINATING GARNISHMENT [SAFE
15 | VERONIKA WRIGHT,                         DEPOSIT BOX]; AND ORDER**

16 |         Defendant and Judgment Debtor.

17 | BANK OF AMERICA, N.A.,

18 |         Garnishee.

19

20       Per the Court's July 29, 2014 Order in this garnishment action, the United States timely

21 performed an inspection and inventory of a safe deposit box Judith and Robert Wright (the Wrights)

22 maintain at the Bank of America, N.A. ECF No. 18. The Wrights are the in-laws of defendant Veronika

23 Wright. From the inspection, the United States determined the box's contents have no monetary value

24 and are the exclusive property of the Wrights, non-parties in this garnishment proceeding. Accordingly,

25 ///

26

27 ///

28

Application for Order Terminating                 1
Garnishment; and Order

the United States requests an order terminating the writ of garnishment against the Wright's safe deposit box at Bank of America.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 8, 2014

KURT A. DIDIER
Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating the writ of garnishment against Judith and Robert Wright's safe deposit box at the Bank of America, N.A. (the Application), and finding good cause therefore, hereby GRANTS the Application. The writ is hereby TERMINATED.

IT IS SO ORDERED.

Dated: September 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order